**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 369 WAL 2019

         Respondent            :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

         v.                     :

SCOTT ARTHUR BROZIK,          :

         Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.